FILED
2007 Nov-27 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH DAVID STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:07-cv-01159-TMP |
| ) | |
| MONSANTO/SOLUTIA, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 29, 2007, recommending that the plaintiff's motions for injunctive relief (Doc's. #5 and #6) be denied and that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(e)(2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Accordingly, the plaintiff's motions for injunctive relief (Doc's. #5 and #6) are **DENIED**. This action will be dismissed by separate order filed contemporaneously herewith.

Done the 26th day of November, 2007.

U.W. Clemon
United States District Judge